D. EDWARD HAYS, #162507
ehays@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Removing Party,
Chapter 7 Trustee, DAVID K. GOTTLIEB

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY

| | |
|---|---|
| In re<br><br>AURORA FRIAS LEE-NELSON,<br><br>    Debtor. | Case No. 1:19-bk-10059-VK<br><br>Chapter 7<br><br>Adv. Case No. |
| DAVID K. GOTTLIEB,<br><br>    Removing Party,<br><br>v.<br><br>KENNY ROJAS, CHRISTINA CENIZA, NICOLE CENIZA, LENCIO JUADALSO JR., DANAI JUNPRAM, CHRISTOPHER R. DONAGHUE, SERGIO ALBERTO HERRERA, SEAL ROCK IRA, LT REAL ESTATE DEVELOPMENTS, LLC,<br><br>    Responding Parties and Defendants in underlying action. | NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL BANKRUPTCY COURT [LOS ANGELES COUNTY SUPERIOR COURT CASE NO. PC058775]<br><br>[NO HEARING REQUIRED] |

TO PLAINTIFF, AND DEFENDANTS IN UNDERLYING ACTION, THEIR ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Removing Party, David K. Gottlieb, in his capacity as Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Aurora Frias Lee-Nelson ("Debtor"), ("Removing Party"), removes from the Superior Court for the State of California,

County of Los Angeles, Chatsworth Division, the action styled *Aurora Lee Nelson v. Kenny Rojas, Christina Ceniza, Nicole Ceniza, et al.*, Case No. PC058775 ("State Court Action" or "Removed Action") to the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division. In support of the removal, Removing Party respectfully represents as follows:

1. On September 10, 2018, Debtor filed a verified complaint ("Complaint") against Seal Rock IRA ("Seal Rock") and other defendants in the Chatsworth Superior Court commencing the instant lawsuit ("Lawsuit"). The Complaint alleged causes of action for quit title, slander of title, elder financial abuse, breach of fiduciary duties, fraud and declaratory relief regarding the real property located at 20118 Via Cellini Porter Ranch, California 91326 ("Property").

2. On January 10, 2019, Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code.

3. On January 11, 2019, David K. Gottlieb was appointed as chapter 7 trustee.

4. The 341(a) meeting of creditors is currently scheduled for May 6, 2019.

5. The Removed action is a core proceeding which should be determined by the Bankruptcy Court in the Debtor's bankruptcy case. *See*, 28 U.S.C. § 157(b)(1) and (b)(2)(A), (F), (H), (K) and (O). Specifically, the claims asserted in the State Court Action constitute claims that may be property of the Estate that can be more quickly and efficient resolved through the Chapter 7 case. Moreover, the Estate may have claims against one or more of the parties involved in the State Court Action, for example fraudulent conveyances involving property of the Estate, which should be resolved in connection with the Bankruptcy Case.

6. To the extent that the Court finds for any reason that the State Court Action is not a core proceeding, the State Court Action also constitutes a related proceeding pursuant to 28 U.S.C. § 157(c)(1), 28 U.S.C. § 1334(b) and *In re Fietz*, 852 F.2d 455 (9th Cir. 1988). Removing Party consent to the entry of final orders and judgments by the Bankruptcy Court.

7. The State Court Action is properly removed pursuant to 28 U.S.C. §§ 1334, 1441, and 1452. *See also*, Rule 9027(a)(2)(C) of the Federal Rules of Bankruptcy Procedure ("FRBP").

8. This Court has jurisdiction over the matter pursuant to the United States District Court's General Order referring bankruptcy matters to the Bankruptcy Court.

1  9. The undersigned counsel submits the foregoing Notice of Removal pursuant to FRBP 9011, and certifies that he is fully licensed in the State of California and authorized to practice in the United States District Court for the Central District of California including the within Bankruptcy Court.

10. Upon assignment of an Adversary Proceeding Case Number, Removing Party will file in the Adversary Proceeding created by the filing of this Notice of Removal, copies of the operative pleadings on file in the State Court Action by way of a Request for Judicial Notice.

Dated: March 28, 2019     MARSHACK HAYS LLP


By: */s/ Laila Masud*
    D. EDWARD HAYS
    LAILA MASUD
    Attorneys for Removing Party and
    Chapter 7 Trustee, DAVID K. GOTTLIEB

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL BANKRUPTCY COURT [LOS ANGELES COUNTY SUPERIOR COURT CASE NO. PC058775]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 28, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 28, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354 / Courtroom 301
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 28, 2019   Layla Buchanan | /s/ Layla Buchanan |
|---|---|
| *Date    Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

4840-8509-0960, v. 1

**2. SERVED BY UNITED STATES MAIL**:  Cont

*DEBTOR*
**AURORA FRIAS LEE-NELSON**
20118 VIA CELINI
PORTER RANCH, CA 91326

**COUNSEL FOR DEBTOR AND PLAINTIFF**
RONALD D. TYM
THE TYM FIRM
30526 RAINBOW VIEW DR.
AGOURA HILLS, CA 91301

**ATTORNEY FOR DEFENDANTS, SEAL ROCK IRA, LLC**
BRUCE CORNELIUS
BELZER & MURRAY LLP
3650 MT. DIABLO BOULEVARD, SUITE 180
LAFAYETTE, CA 94549

**DEFENDANT**
KENNY ROJAS
5540 HARMONY DRIVE
EASTVALE, CA 91752

**DEFENDANT**
CHRISTINA CENIZA
35 N. RAYMOND AVE., UNIT 209
PASADENA, CA 91103

**DEFENDANT**
NICOLE CENIZA
1356 N. CATALINA ST.
BURBANK, CA 91505-1968

**DEFENDANT**
LENCIO JUADALSO JR. AKA LEONCIO JUADALSO, JR.
10841 FREMONT AVENUE
ONTARIO, CA 91762-3912

**DEFENDANT**
DANAI JUNPRAM
1356 N CATALINA ST
BURBANK, CA 91505-1968

**DEFENDANT**
CHRISTOPHER R. DONAGHUE
11819 HADLEY STREET
WHITTIER, CA 90601

**DEFENDANT**
SERGIO ALBERTO HERRERA
439 N. CANON DRIVE, STE 300
BEVERLY HILLS, CA 90210

**DEFENDANT**
LT REAL ESTATE DEVELOPMENTS, LLC C/O FAN LI, AGENT FOR SERVICE OF PROCESS
20428 THRUST DRIVE
WALNUT, CA 91789

**DEFENDANT**
KENNY ROJAS
2800 E RIVERSIDE DR APT 219
ONTARIO, CA 91761-7487

**DEFENDANT**
NICOLE CENIZA
35 N. RAYMOND AVE., UNIT 209
PASADENA, CA 91103

**DEFENDANT**
LENCIO JUADALSO JR. AKA LEONCIO JUADALSO, JR.
10841 S. FREMONT AVE
MONTCLAIR, CA 91762

**DEFENDANT**
DANAI JUNPRAM
1418 MOHAWK ST
LOS ANGELES, CA 90026-2433

**DEFENDANT**
DANAI JUNPRAM
3195 MATARO ST
PASADENA, CA 91107-3131

**DEFENDANT**
DANAI JUNPRAM
16134 SW 299TH TER
HOMESTEAD, FL 33033-3311

**DEFENDANT**
DANAI JUNPRAM
6376 YUCCA ST APT 212
LOS ANGELES, CA 90028-5099

**OFFICE OF THE UNITED STATES TRUSTEE**
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CALIFORNIA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

4840-8509-0960, v. 1