| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>LAILA MASUD, #311731<br>lmasud@marshackhays.com<br>MARSHACK HAYS LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff/Trustee, David K. Gottlieb | **FILED & ENTERED**<br><br>**AUG 19 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>AURORA FRIAS LEE-NELSON,<br><br><br><br><br><div align="right">Debtor(s)</div><br><br>DAVID K. GOTTLIEB, Chapter 7 Trustee for the Bankruptcy Estate of Aurora Frias Lee-Nelson,<br><br><br><div align="right">Plaintiff(s)</div><br><div align="center">vs.</div><br><br>KENNY ROJAS, CHRISTINA CENIZA, NICOLE CENIZA, LEONCIO JUADALSO JR., and DANAI JUNPRAM,<br><br><br><br><div align="right">Defendant(s)</div> | CASE NO.: 1:19-bk-10059-VK<br><br>CHAPTER: 7<br><br>ADVERSARY NO.: 1:19-ap-01032-VK<br><hr>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><hr>[No Hearing Required Pursuant To Local Bankruptcy Rule 9013-1(o)] |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): <u>David K. Gottlieb, in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of Aurora Frias Lee- Nelson</u> and against Defendant(s) (*specify name*): <u>KENNY ROJAS, CHRISTINA CENIZA, NICOLE CENIZA, LEONCIO JUADALSO JR., and DANAI JUNPRAM,</u>

2. a. ☐ Plaintiff is awarded damages in the following amount:      $_____

   b. ☐ Plaintiff is awarded costs in the following amount:      $_____

   c. ☐ Plaintiff is awarded attorney fees in the following amount:      $

   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 1                                    **F 7055-1.2.DEFAULT.JMT**
4815-6666-3065, v. 1

e.   ☒   Plaintiff is granted the following relief (*specify*):

Judgment on the first through fourth claims for relief in the First Amended Complaint is entered in favor of Plaintiff, David K. Gottlieb, in his capacity as chapter 7 trustee of the bankruptcy estate of Aurora Frias Lee-Nelson, pursuant to 11 U.S.C. §§ 544, 548, 550, and 551, in addition to Cal. Civ. Code §§ 3439.04(a)(1), (a)(2)(A), (a)(2)(B), and 3439.05 and against Defendants as follows:

(1) The grant deed regarding the real property located at 20018 Via Cellini, Porter Ranch, CA 91326, (legal description attached) ("Property") that was recorded on January 22, 2018, in the Los Angeles County Recorder's Office as Instrument No. 18-0069148, is avoided, recovered, and preserved for the benefit of the bankruptcy estate of Aurora Frias Lee-Nelson; and

(2) The following four deeds of trust recorded against the Property are avoided, recovered, and preserved, for the benefit of the bankruptcy estate of Aurora Frias Lee-Nelson:

| Instrument No. | Recording Date | Beneficiary | Amount |
|---|---|---|---|
| 18-0089147 | 01/29/2018 | Nicole Ceniza | $50,000 |
| 18-0089149 | 01/29/2018 | Kenny Rojas | $50,000 |
| 18-0089150 | 01/29/2018 | Christina Ceniza and Kenny Rojas | $210,500 |
| 18-0101927 | 01/31/2018 | Leoncio Jaudalso Jr. | $210,000 |

☒   See attached page for full legal description of Property.

3.   ☐   This judgment or claim is determined to be non-dischargeable under:   ☐ Bankruptcy Code §523(a) _____
     ☐   Other (*specify*):

4.   ☐   The court further orders:

☐   See attached page

Date: August 19, 2019

*Victoria S. Kaufman*
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                          **F 7055-1.2.DEFAULT.JMT**
4815-6666-3065, v. 1

## LEGAL DESCRIPTION

Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

PARCEL NO. 1:

LOT 8 OF TRACT NO. 45297-01, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON A SUBDIVISION MAP THEREOF, RECORDED TN BOOK 1222, PAGES 73 TO 76, ET SEQ., OF MAPS, IN THE OFFICE OF THE LOS ANGELES COUNTY RECORDER.

EXCEPTING FOR THE BENEFIT OF GRANTOR, ITS SUCCESSORS AND ASSIGNS, TOGETHER WITH THE RIGHT TO GRANT AND TRANSFER ALL OR A PORTION OF THE SAME, AS FOLLOWS:

A. ALL UNPROCESSED OIL, OIL RIGHTS, MINERALS, MINERAL RIGHTS, NATURAL GAS RIGHTS AND OTHER HYDROCARBONS BY WHATSOEVER NAME KNOWN, GEOTHERMAL STEAM AND OTHER GEOTHERMAL RESOURCES AS DEFINED IN CALIFORNIA PUBLIC RESOURCES CODE SECTION 6093 ET SEQ., AND ALL PRODUCTS DERIVED FROM ANY OF THE FOREGOING, THAT MAY BE WITHIN OR UNDER THE PROPERTY, TOGETHER WITH THE PERPETUAL RIGHT OF DRILLING, MINING, EXPLORING AND OPERATING THEREFOR AND STORING IN AND REMOVING THE SAME FROM SAID PROPERTY OR ANY OTHER LAND, INCLUDING THE RIGHT TO WHIPSTOCK OR DIRECTIONALLY DRILL AND MINE FROM LANDS OTHER THAN THE PROPERTY, WELLS, TUNNELS AND SHAFTS INTO, THROUGH OR ACROSS THE SUBSURFACE OF THE PROPERTY, AND TO BOTTOM SUCH WHIPSTOCKED OR DIRECTIONALLY DRILLED WELLS, TUNNELS AND SHAFTS UNDER AND BENEATH OR BEYOND THE EXTERIOR LIMITS THEREOF, AND TO REDRILL, RETUNNEL, EQUIP, MAINTAIN, REPAIR, DEEPEN AND OPERATE ANY SUCH WELLS OR MINES WITHOUT, HOWEVER, THE RIGHT TO DRILL MINE, STORE, EXPLORE OR OPERATE THROUGH THE SURFACE OR THE UPPER 500 FEET OF THE SUBSURFACE OF THE PROPERTY.

B. ANY AND ALL WATER, WATER RIGHTS OR INTERESTS THEREIN APPURTENANT OR RELATING TO THE PROPERTY OR OWNED OR USED BY GRANTOR IN CONNECTION WITH OR WITH RESPECT TO THE PROPERTY (NO MATTER HOW ACQUIRED BY GRANTOR), WHETHER SUCH WATER RIGHTS SHALL BE RIPARIAN, OVERLYING, APPROPRIATE, LITTORAL, PERCOLATING, PRESCRIPTIVE, ADJUDICATED, STATUTORY OR CONTRACTUAL, TOGETHER WITH THE RIGHT AND POWER TO EXPLORE, DRILL, REDRILL, REMOVE AND STORE THE SAME FROM OR IN THE PROPERTY OR TO DIVERT OR OTHERWISE UTILIZE SUCH WATER, RIGHTS OR INTERESTS ON ANY OTHER PROPERTY OWNED BY OR LEASED BY GRANTOR; BUT WITHOUT, HOWEVER ANY RIGHT TO ENTER UPON THE SURFACE OF THE PROPERTY IN THE EXERCISE OF SUCH RIGHTS.

C. THE RIGHT TO PLACE ON, UNDER OR ACROSS THE PROPERTY, TRANSMISSION LINES, AND OTHER COMMUNICATIONS FACILITIES FOR A COMPLETE COMMUNITY CABLE ANTENNA, TELEVISION AND COMMUNICATIONS SYSTEM ("CATV SYSTEM"), AND THEREAFTER TO OWN AND CONVEY SUCH CATV SYSTEM, AND THE RIGHT TO ENTER UPON THE PROPERTY TO SERVICE, MAINTAIN, OPERATE, REPAIR, RECONSTRUCT AND REPLACE THE CATV SYSTEM.; PROVIDED, HOWEVER, THAT THE EXERCISE OF SUCH RIGHTS SHALL NOT UNREASONABLY INTERFERE WITH GRANTEE'S REASONABLE USE AND ENJOYMENT OF THE PROPERTY.

PARCEL NO. 2:

NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS, MAINTENANCE, REPAIR, DRAINAGE, ENCROACHMENT, SUPPORT, AND FOR OTHER PURPOSES, ALL AS DESCRIBED IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR THE RENAISSANCE, RECORDED ON MAY 19, 1999, AS INSTRUMENT NO. 1999-903984 AND ANY AND ALL AMENDMENTS THERETO ("DECLARATION"), AND THE SUPPLEMENTAL DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS ("SUPPLEMENTAL DECLARATION") FOR PHASE 13 OF THE RENAISSANCE, RECORDED ON JULY 26, 2001 AS INSTRUMENT NO. 2002-1748065, ALL RECORDED IN OFFICIAL RECORDS OF LOS ANGELES COUNTY, CALIFORNIA.

Order Number:  **O-SA-5899412**
Page Number:  12

APN: 2701-039-008